**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 14 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KIRSTEN COOK and ESTATE OF ETHAN COOK, <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> KENNETH ALAN COOK; et al., <br><br> Defendants-Appellees. | No.  17-55543 <br><br> D.C. No. 8:15-cv-01448-CJC-JCG <br><br> MEMORANDUM[*] |

Appeal from the United States District Court
for Central California, Santa Ana
Cormac J. Carney, District Judge, Presiding

Submitted September 12, 2018

Before:  THOMAS, Chief Judge, and HAWKINS and McKEOWN, Circuit Judges.

We affirm for the reasons stated in the district court's order entered

December 6, 2016 (Dkt. 167), and its order entered February 8, 2017 (Dkt. 182).

Under the circumstances, the district court did not abuse its discretion in declining

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R. App. P . 34(a)(2)

to retain supplemental jurisdiction over the state law claims. *See Brown v. Lucky Stores, Inc.*, 246 F.3d 1182, 1187 (9th Cir. 2001) (stating standard).[1]

**AFFIRMED.**

---

[1] Appellant's motion for an extension of time in which to file a reply brief (Dkt. No. 78) is **DENIED**.